UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. |
| VERSUS | 16-104-SDD-EWD-1 |
| ALVIN WATTS, III | |

### RULING AND ORDER ON MOTION TO PROCEED
### *IN FORMA PAUPERIS*

Before the Court is a Declaration in Support of Request to Proceed In Forma Pauperis (the "IFP Application"), filed by Alvin Watts, III ("Watts"). As an IFP Application gives an individual the right to proceed in court without prepaying fees and costs, and as it is not clear what fees and costs Watts, who is a defendant in a criminal action, is seeking to avoid prepaying, the IFP Application will be denied.

Watts was charged by Indictment on September 7, 2016 with conspiracy to possess, transport and traffic in embezzled pre-retail medical products and stolen property; trafficking in stolen and embezzled pre-retail medical products; transportation of stolen property; and receipt, possession, concealment, storage, and sale of stolen property.[1] Following a jury trial, a unanimous jury found Watts guilty on all counts.[2] On May 20, 2019, Watts was sentenced to 60 months imprisonment on Count 1, and 108 months of imprisonment as to Counts 2, 3, and 4, to run concurrently.[3] Following Watts's appeal, the Judgment was affirmed.[4] Watts was represented by counsel throughout trial and direct appeal but is currently proceeding *pro se*.[5] In that capacity, Watts has filed numerous motions, many of which remain pending. Among these are a Rule 33

---

[1] R. Doc. 1.
[2] R. Doc. 184.
[3] R. Doc. 294.
[4] R. Doc. 350.
[5] R. Doc. 347.

Motion for New Trial Based on Newly Discovered Evidence;[6] multiple motions for the government to produce certain evidence,[7] multiple motions to supplement the record,[8] an Emergency Motion for Sentence Reduction;[9] a Motion for Bail Pending Appeal;[10] and a Motion to Vacate under 28 U.S.C. § 2255.[11]

In addition to the instant motion, the transmittal letter also indicates that a Motion to Supplement the Record, Response to United States' Opposition to Second Motion for Bail Pending Appeal; and Motion Under 28 U.S.C. § 2255 were attached.[12] There are no costs associated with the filing of any of these motions. Because it is not clear what costs or filing fees Watts is seeking to avoid prepaying, the IFP Application will be denied.

**IT IS ORDERED** that Declaration in Support of Request to Proceed In Forma Pauperis,[13] March 15, 2021 filed by Alvin Watts, III ("Watts"), is **DENIED**.

Signed in Baton Rouge, Louisiana, on March 15, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[6] R. Doc. 343.
[7] *See* R. Docs. 351 & 385.
[8] *See* R. Docs. 362, 378, 387, 391.
[9] R. Doc. 375
[10] R. Doc. 376
[11] R. Doc. 393.
[12] R. Doc. 390-2.
[13] R. Doc. 390.